# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TAYLOR ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0731

_____

May 29, 2024

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Jennifer L. Fury, Palmetto, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.